```
                      UNITED STATES DISTRICT COURT

                     CENTRAL DISTRICT OF CALIFORNIA


ROBIN RANDALL,                      )
                                    )
          Plaintiff,                )   Civil No. CV 04-0759 (Mc)
                                    )
     v.                             )
                                    )   ORDER RE HEARING ON ORDER
JO ANNE B. BARNHART,                )   TO SHOW CAUSE RE DISMISSAL
Commissioner of Social              )
Security,                           )
                                    )
          Defendant.                )
_____)
```

On February 12, 2004, the plaintiff filed a complaint seeking judicial review of the decision of the Commissioner of Social Security ("Commissioner") denying disability benefits to the plaintiff.

On February 17, 2004, the magistrate judge issued a Case Management Order, by which the court ordered the parties, inter alia, to file a joint stipulation pursuant to a schedule providing that the joint stipulation be filed no later than sixty-six (66) days after the Commissioner filed her answer. On June 25, 2004, the Commissioner filed an answer. Without extensions, the joint stipulation was due August 30, 2004.

///

Pursuant to a Stipulation to Extend Briefing Schedule, filed September 27, 2004, the court approved an extension of time, in effect extending the time to file the joint stipulation to and including December 2, 2004. As of December 2, 2004, the parties had not filed a joint stipulation.

On July 1, 2005, the court issued an Order to Show Cause Re Dismissal. In its order to show cause, the court ordered plaintiff to show cause in a writing filed on or before July 19, 2005, why this action should not be dismissed for failure to prosecute. The court also advised the plaintiff that in the event that the parties filed a joint stipulation on or before July 19, 2005, the Order to Show Cause Re Dismissal would automatically be vacated and set aside.

The court also advised the plaintiff that in the event that on or before July 19, 2005, the parties did not file a joint stipulation or the plaintiff did not file a written response to the Order to Show Cause Re Dismissal, the court would dismiss the action for failure to prosecute.

Thereafter, the court called the plaintiff's attorney on August 3, 2005 and August 18, 2005, respectively, to inquire as to the status of the parties' response to the order to show cause. On August 3, 2005, plaintiff's attorney advised the court that a stipulation to extend the time in which the parties may file the joint stipulation would be forthcoming. On August 18, 2005, the court left a message with plaintiff' attorney's office to which plaintiff's attorney did not respond.

As of the date of this Order, the joint stipulation, request for an extension of time in which to file the joint stipulation, or other response to the court's order to show cause has not been filed.

1  Based on the above, plaintiff is ordered to appear through
2  counsel of record before the court on September 27, 2005, at 9:30
3  a.m., for (1) a hearing to show cause why this case should not be
4  dismissed for failure to prosecute and (2) to impose sanctions upon
5  the plaintiff for failure to comply with court orders.
6  The hearing on September 27, 2005, shall go off calendar in the
7  event that the plaintiff, on or before September 23, 2005, files a
8  declaration of counsel demonstrating that the parties have filed a
9  joint stipulation in compliance with the Case Management Order and/or
10 the plaintiff is in compliance with her obligations under the Case
11 Management Order.
12 IT IS SO ORDERED.

Dated: August 29, 2005

                                                     /s/
JAMES W. McMAHON
United States Magistrate Judge