|  |  |  |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | CENTRAL DISTRICT OF CALIFORNIA | |

```
11  ROBIN RANDALL,                      )
                                        )
12          Plaintiff,                  )   Civil No. CV 04-0759 (Mc)
                                        )
13       v.                             )
                                        )   ORDER
14  JO ANNE B. BARNHART,                )
    Commissioner of Social              )
15  Security,                           )
                                        )
16          Defendant.                  )
    _____)
17
```

The court is in receipt of plaintiff's declaration in response to the court's order re hearing on order to show re dismissal issued on August 29, 2005. In her declaration, plaintiff states that she delivered her portion of the joint stipulation to the Commissioner on July 30, 2004. Declaration of Laura Krank at ¶ 4, 12. She also states that on October 12, 2004 and August 3, 2005, she contacted defendant as to the status of the defendant's completion and return of the joint stipulation to plaintiff.

Based on the above, the hearing set for September 27, 2005 shall be taken off-calendar. Defendant is ordered to complete her portion of the joint stipulation and to return the joint stipulation to

1 | plaintiff no later than September 23, 2005.  All other terms and
2 | conditions of the court's case management order issued on February 17,
3 | 2004 shall remain in full force and effect.

5 | Dated: September 12, 2005

7 |                                 /s/
                    JAMES W. McMAHON
8 |                     United States Magistrate Judge