UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBIN RANDALL, | ) |
|  Plaintiff, | ) NO. CV 04-00759 (Mc) |
|  v. | ) |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) JUDGMENT |
|  Defendant. | ) |

   For the reasons set forth in the Memorandum of Decision and Order in a Social Security Case, judgment is entered dismissing the complaint and action as untimely filed in violation of 42 U.S.C. § 405(g).

Dated: January 31, 2006

                              _____/s/_____
                              JAMES W. McMAHON
                              United States Magistrate Judge